IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01962-NRN

BEST BEACH GETAWAYS LLC,

Plaintiff,

v.

TSYS MERCHANT SOLUTIONS, LLC,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

It is hereby ORDERED that a Telephonic Discovery Hearing is set on **August 6, 2020 at 10:15 a.m**.

The parties are directed to prepare and email to Chambers

Neureiter_Chambers@cod.uscourts.gov

by the close of business on August 5, 2020 a short (no longer than ten pages) joint statement setting forth each side's respective position concerning the dispute. The parties are advised that the joint statement will be attached to the courtroom minutes and made a part of the record.

The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.

Date: August 5, 2020