IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-01962-NRN | Date:  August 14, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

| *Parties:* | *Counsel:* |
|---|---|
| BEST BEACH GETAWAYS LLC, | Anthony Dogali |
|    Plaintiff, | |
| v. | |
| TSYS MERCHANT SOLUTIONS LLC, | David Meadows |
|    Defendant. | |

## COURTROOM MINUTES

**TELEPHONIC EVIDENTIARY HEARING**

**2:31 p.m.**     **Court in session.**

Court calls case.

Appearances of counsel.  Counsel all appear telephonically.

This matter is continued before the Court regarding Plaintiff's Request for Emergency Evidentiary Hearing and Memorandum of Law in Support of Petition for Preliminary Injunction [Docket No. 45, filed July 24, 2020].

2:32 p.m.     Closing argument by Plaintiff by Mr. Dogali.

2:53 p.m.     Closing argument by Defendant by Mr. Meadows.

3:14 p.m.     Rebuttal argument by Plaintiff by Mr. Dogali.

**3:27 p.m.**     **Court in recess.**
**3:44 p.m.**     **Court in session.**

Judge reads decision denying Plaintiff's Request for Emergency Evidentiary Hearing and Memorandum of Law in Support of Petition for Preliminary Injunction [Docket No. 45, filed July 24, 2020] into the record, with citation to finding of facts and citations of law.

**ORDERED:** A **Telephonic Scheduling Conference** is set for **September 18, 2020 at 11:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Bryon G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The parties shall electronically file their proposed Scheduling Order through CM/ECF, and include a courtesy copy of the proposed order in a Word format sent by email to Neureiter_Chambers@cod.uscourts.gov seven days prior to the conference. **The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.**

**4:20 p.m.     Court in recess.**

Hearing concluded.

Total in-court time     01:34

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.