IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 20-cv-01962-NRN | Date:  September 18, 2020 |
| Courtroom Deputy:  Stacy Libid | FTR:  Courtroom C203 |

*Parties:*  

BEST BEACH GETAWAYS, LLC,

   Plaintiff,

v.

TSYS MERCHANT SOLUTIONS, LLC,

   Defendant.

*Counsel:*  

Anthony Dogali

Alexandra Peurach
David Meadows

## COURTROOM MINUTES

**TELEPHONIC SCHEDULING CONFERENCE**

**11:01 a.m.     Court in session.**

Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE.**

Initial Disclosures shall be made on or before **October 2, 2020**.

Parties shall meet and confer regarding any need for a Protective Order, and if needed, then parties shall file their Motion for Protective Order and proposed Protective Order **on or before October 2, 2020.**

Joinder of Parties/Amendment to Pleadings: **October 30, 2020**

Discovery Cut-off: **March 5, 2021**

Dispositive Motion Deadline: **March 17, 2021**

Daubert Motion Deadline: **March 17, 2021**

Each side shall be limited to 7 fact depositions, excluding experts.
Depositions shall not exceed 7 hours, without prior agreement or absent leave of court.
Each side shall be limited to 25 interrogatories, 25 requests for production, and 25 requests for admission.
Interrogatories, Requests for Production, and Requests for Admissions shall be served 45 days prior to the close of discovery cut-off.

Each side shall be limited to 3 expert witnesses, absent leave of court.
Disclosure of Affirmative Experts: **January 8, 2021**
Disclosure of Rebuttal Experts: **February 5, 2021**
The disclosure of Experts shall be consistent with Fed. R. Civ. P. 26(a)2(B).

**Status Conference** is set for **January 14, 2021 at 11:00 a.m.** before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. The Court will set a Final Pretrial Conference and trial dates at that time.

**Motion Hearing** will remain set on **October 21, 2020 at 2:00 p.m.** regarding Defendant TSYS Merchant Solutions, LLC's Partial Motion to Dismiss Plaintiff's Amended Complaint (Dkt. #63) before Magistrate Judge N. Reid Neureiter in Courtroom C203, Second floor, Byron G. Rogers Courthouse, 1929 Stout Street, Denver, Colorado 80294. **The parties are directed to call the conference line as a participant at (888) 398-2342, Access Code 5755390# at the scheduled time.**

**Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1(a) in an effort to resolve the issues.  If that is unsuccessful, counsel shall jointly call Chambers at (303) 335-2403 to arrange for a discovery hearing before the Court. At least two business days prior to the hearing, the parties shall email Chambers** Neureiter_Chambers@cod.uscourts.gov  **a joint statement, no longer than ten pages, setting out each party's position with regard to each dispute.**

**Parties are directed to www.cod.uscourts.gov and shall fully comply with the procedures of the judicial officer assigned to try this case on the merits.**

**Scheduling Order entered.**

**11:32 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:31

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.